## Tretch *v.* Greater Adelphi Building and Loan Association, Appellant.

Argued April 29, 1936. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Emanuel Moss,* of *Moss & Moss,* for appellant.

*Frank A. Simons,* with him *Bender & Rubin,* for appellee.

*Sylvan H. Hirsch,* Special Deputy Attorney General, with him *Herbert P. Sundheim,* Special Deputy Attorney General, and *Charles J. Margiotti,* Attorney General, for Secretary of Banking, Amicus Curiæ.

OPINION BY MR. JUSTICE DREW, June 26, 1936:

In accordance with the stipulation and agreement of counsel that a similar judgment may be entered in the appeal of this case as is ordered in the case of *Gorges v. Greater Adelphi Building and Loan Association,* 322 Pa. 569, the judgment of the Superior Court, affirming the judgment of the Municipal Court of Philadelphia County, is reversed, and judgment is herein entered for defendant.